```
Doc:      6052 Bk 5879 Pg   292
Recorded: Somerset County Jun 01,2022 10:06A
Register of Deeds Laura L Price
```

Prepared by, Recording Requested By and Return to:
SELENE FINANCE LP
9990 RICHMOND AVE.
SUITE 400 SOUTH
HOUSTON, TX 77042

# QUITCLAIM ASSIGNMENT OF MORTGAGE

*WHEREAS*, **TAYLOR, BEAN & WHITAKER MORTGAGE CORP.**, is identified as the "Lender" on a certain Mortgage executed by **MICHELLE M. ROSE AND ARMAND A CLOUTIER** and bearing the date of **8/17/2007** and recorded on **8/20/2007** in the Office of the Recorder of **SOMERSET** County, State of **MAINE** at Book **3896** Page **350**, Instrument or Document **12030**,. (Hereinafter the "Mortgage")

*WHEREAS*, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** ("MERS") is designated the mortgagee in the Mortgage as the nominee of **TAYLOR, BEAN & WHITAKER MORTGAGE CORP., ITS SUCCESSORS AND ASSIGNS**, and, upon the recording of the Mortgage, became the mortgagee of record.

*WHEREAS,* **GOVERNMENT NATIONAL MORTGAGE ASSOCIATION FOR TAYLOR, BEAN & WHITAKER TO 12 U.S.C., 1721 (G)** wishes to convey and assign any and all rights it may have under the Mortgage to **SELENE FINANCE LP**; and

*WHEREAS*, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title on interests that MERS has or had in the Mortgage.

Accordingly, **GOVERNMENT NATIONAL MORTGAGE ASSOCIATION FOR TAYLOR, BEAN & WHITAKER TO 12 U.S.C., 1721 (G)** hereby assigns and quit claims all of its rights, title and interests (whatever they may be, if any) in the Mortgage to **SELENE FINANCE LP**.

Property Address: 531 MADAWASKA ROAD, PALMYRA, MAINE 04965

In Witness Whereof, the Assignor has duly executed this instrument on  5-18-2022 .

**GOVERNMENT NATIONAL MORTGAGE ASSOCIATION FOR TAYLOR, BEAN & WHITAKER TO 12 U.S.C., 1721 (G) BY SELENE FINANCE LP, ATTORNEY IN FACT**

By: BRANDY THOMPSON
Title: AUTHORIZED SIGNER

EXHIBIT F

Doc       6052 Bk  5879 Pg    293

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on _5/18/2022_ by MARY JOHNSON the AUTHORIZED SIGNER of SELENE FINANCE LP, A DELAWARE LIMITED PARTNERSHIP, AS ATTORNEY IN FACT FOR GOVERNMENT NATIONAL MORTGAGE ASSOCIATION FOR TAYLOR, BEAN & WHITAKER TO 12 U.S.C., 1721 (G), ITS SUCCESSORS AND ASSIGNS, on behalf of said corporation.

_____
Notary Public in and for the State of TEXAS
Notary's Printed Name: MARY ALYCE JOHNSON
My Commission Expires: 7/16/2022

MARY ALYCE JOHNSON
My Notary ID # 6595295
Expires July 16, 2022

For        dated 8/17/2007

## EXHIBIT A

A certain lot or parcel of land, together with the buildings located thereon, situated in the **Town of Palmyra** in the County of Somerset and State of Maine, being more particularly bounded and described as follows, to wit:

BEGINNING at an iron pin found on the westerly side of the Madawaska Road, so-called, said pin marking the southeast corner of land now or formerly of Maurice and Alice Jenness;

THENCE  in a westerly direction by and along land of Jenness, a distance of four hundred thirty-one (431) feet, more or less to an iron pin set in a rock wall, said pin marking the southwest corner of Jenness;

THENCE  in a southerly direction by and along said rock wall, to the northwest corner of land formerly of Brian L. and Myrna L. Cowan, said point being two hundred (200) feet north of the town line between Palmyra and Pittsfield, as measured along said rock wall;

THENCE  in an easterly direction by and along the northerly line of land of Cowan to the westerly side of the above mentioned road and the northeast corner of said Cowan lot, said point being one hundred twenty (120) feet, more or less, as measured northerly along the westerly side of said road, from an iron pin found in the town line first mentioned above;

THENCE  in a northerly direction by and along the westerly side of said road a distance of one hundred ninety-four (194) feet, more or less, to the point of beginning.

The above described parcel to contain two (2) acres, more or less.

**EXCEPTING AND RESERVING** unto Daniel E. Pettingill and Cheryl Pettingill, their heirs, successors and assigns, an easement or right of way being twenty-five (25) feet in width and running along and extending southerly from the northerly boundary of the lot herein conveyed. This easement shall be for the purpose of providing access by all reasonable means of transportation from the Madawaska Road, so-called, to other property of the said Pettingills lying westerly of the lot herein conveyed. This easement shall include the right to install utility services on or under the said easement or right of way.

ALSO CONVEYING herewith all rights, easements, privileges and appurtenances now belonging to the granted estate, as intended by Title 33, M.R.S.A. §773.

Meaning and intending hereby to describe and mortgage all and the same premises as conveyed by Dana L. Chadbourne and Jessica L. Chadbourne (formerly known as Jessica L. Huey) to Michelle M. Rose and Armand A. Cloutier by Warranty Deed dated August 17, 2007, to be recorded at the Somerset County Registry of Deeds immediately precedent hereto.